■ JEFFREY DIETZ, Appellant, v STEPHANIE KANE et al., Respondents.— In an action to recover damages for personal injuries arising out of a dog bite incident, plaintiff appeals from an order of the Supreme Court, Nassau County, entered January 12, 1977, which denied his motion for summary judgment. Order affirmed, without costs or disbursements. In our view there are issues of fact presented which require a trial of the action. Hopkins, J. P., Margett, Damiani and Rabin, JJ., concur.